**No. 62723.**—F. W. Myers & Co., Inc. *v.* United States, protests 265805–K and 272140–K (Ogdensburg).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of protective cream dispensing machines similar in all material respects to those the subject of *F. W. Myers & Co., Inc.* v. *United States* (37 Cust. Ct. 256, C.D. 1832), the claim of the plaintiff was sustained.

**No. 62724.**—Manca, Inc. *v.* United States, protest 326955–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of machines for determining the strength of articles or materials in compression, shear, tension, or torsion, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 5, 1959

**No. 62725.**—International Packers, Inc., et al. *v.* United States, protests 274668–K/14670, etc. (New Orleans).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S.A., et al.* (45 C.C.P.A. 20, C.A.D. 667), the claim of the plaintiffs was sustained.

**No. 62726.**—Moscahlades Bros., Inc., et al. *v.* United States, protests 148408–K/13013, etc. (New Orleans).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C.D. 1917), the claim of the plaintiffs was sustained.